IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-00004-BO

**United States of America**,

v.

**Raul Ayala, Jr.**,

          Defendant.

**Order**

      Pursuant to the Government's oral motion, and with the Defendant's consent, the Court orders that the Defendant shall not communicate, either in writing or orally, with the minor victim, L.H., or the minor victim's mother, father, or siblings.

Dated: February 20, 2019

_____
Robert T. Numbers, II
United States Magistrate Judge