|  | **Terrence W. Boyle** |
|---|---|
| **MEMORANDUM** | **Chief District Judge** |
| | **United States District Court** |
| | **Eastern District of North Carolina** |

**TO:** AUSA Charity Wilson; AFPD Katherine Shea

**FROM:** Chief Judge Boyle

**DATE:** October 7, 2020

**RE:** United States v. Raul Ayala, Jr., 5:19-CR-4-BO

The following protocols regarding COVID-19 will be in place during the jury trial that is set to commence in this matter on October 13, 2020.

1. Face masks.
    All jurors will be required to wear face masks in the courtroom. All trial participants, including the defendant, counsel, agents, support staff, and other participants will be required to wear a face mask in the courtroom. Court staff will also be required to wear a face mask. Face masks may be removed while speaking.

2. Witnesses.
    A plexiglass shield will be in place around the witness stand and witnesses will not wear a face mask while testifying. Gloves will also be available to witnesses. Counsel are encouraged to utilize courtroom technology rather than approach the witness with physical exhibits when possible.

3. Seating.
    The courtroom furniture will be rearranged to allow the jurors and the parties to maintain social distancing to the extent possible.

4. Cleaning.
    The courtroom is expected to be throughly cleaned nightly. Hand sanitizer and wipes will be available for use during the trial.

5. Symptoms/Exposure.
    Jurors will be questioned regarding symptoms of and exposure to COVID-19 upon arrival and will be instructed to inform the appropriate court personnel of any changes during the trial. Counsel, defendant, and any other trial participants are

expected to self-monitor and report any changes to their symptoms or exposure status to the Courtroom Deputy as soon as possible.