UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-04-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | <u>MOTION TO SEAL</u> |
| v. | ) | |
| | ) | |
| RAUL AYALA JR | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby requests that Docket Entry Number 77 be sealed.

WHEREFORE, the United States of America respectfully prays for the sealing of Docket Entry Number 77.

Respectfully submitted, this 10th day of March, 2021.

        G. NORMAN ACKER, III
        Acting United States Attorney

    BY:  /s/ Charity L. Wilson
        CHARITY L. WILSON
        Assistant United States Attorney
        Criminal Division
        300 North 3rd Street, Suite 120
        Wilmington, NC  28401
        Telephone: (910) 769-1228
        Fax: (910) 399-6423
        charity.wilson@usdoj.gov
        N.C. State Bar No. 31584