UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-4-BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAUL AYALA, JR. | DEFENDANT'S REVISED PROPOSED<br>VOIR DIRE |

Defendant, RAUL AYALA, JR., by and through his undersigned counsel, hereby respectfully requests that this Court question potential jurors on the following matters in addition to the standard questions listed in Local Rule 24.2(b). Counsel for the defendant respectfully requests that the questions below be given, if not already included in the Court's customary questions:

1. Would you blame the defendant or the government for having to attend a public hearing during the COVID- pandemic?

2. Would you feel pressure to reach a verdict quickly to avoid exposure to COVID-19?

3. The juror's marital status. The number and ages of the juror's children, if any. The number and ages of the juror's grandchildren, if any.

4. The nature of the employment of the juror and the juror's spouse. The nature of the employment of adult children and parents.

5. Whether the juror has any personal, religious or ethical attitudes, beliefs or opinions which would interfere with the juror's ability to be fair and impartial in this case or in this kind of case.

6.  Whether any juror personally knows or is acquainted with any other juror involved in this case.

7.  Whether any juror personally knows or is acquainted with any lawyer involved in this case.

8.  Whether any juror personally knows or is acquainted with any individual, party or witness involved in this case, including defendant RAUL AYALA, JR., or any of the other witnesses or law enforcement witness.

9.  Whether any juror, family member, or close friend has been employed by the federal, state, or local government.  If so, please explain.

10. Whether any juror believes that the testimony of a law enforcement officer is more credible than that a person not employed by law enforcement.

11. Whether any juror thinks the defendant is guilty simply because he has been charged with a crime by the federal government and he is here in court today.

12. Whether any juror believes the defendant should be required to prove that he is not guilty.

13. Whether any juror has ever been a party to a lawsuit.  If so, please explain.

14. Whether any juror has ever sat as a juror in a civil case.  If so, does the juror understand that the burden of proof in a criminal case is much greater than in a civil case?

15. Whether any juror has ever sat as a juror in a criminal case.  If so, when, where, and what were the charges?  Did the jury reach a verdict?  Was there anything about the case which was difficult for the juror or which makes the juror at all hesitant to serve in this case?  Has the juror's experience on any jury made the juror cynical or dubious about criminal defendants or criminal trials?

16. Whether any juror has ever served on a federal or state grand jury.  If so, does the juror understand the differences in burden of proof?

17. Whether and to what extent any juror has received training or education in law or criminal justice courses.

18. Please state the extent of the juror's formal education; if college, please state the major field of study.

19. Whether any juror feels that he or she could not be impartial given the nature of the charges at issue in this case, namely child pornography.

Respectfully requested this 19th day of April, 2021.

G. ALAN DuBOIS
Federal Public Defender

*/s/ Katherine E. Shea*
KATHERINE E. SHEA
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: kat.shea@fd.org
Member of NY State Bar
LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

CHARITY WILSON
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to the above.

This the 19th day of April, 2021.

/s/ Katherine E. Shea
KATHERINE E. SHEA
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: kat.shea@fd.org
Member of NY State Bar
LR 57.1 Counsel Appointed